# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEAN WALKER, <br><br> Plaintiff <br><br> v. <br><br> MONTEREY FINANCIAL SERVICES LLC, <br><br> Defendant | Case No.: 2:18-cv-00530-APG-PAL <br><br> **Order Denying Motion for Summary Judgment and Stipulation as Moot** <br><br> [ECF Nos. 12, 16] |

In light of the parties' notice of settlement (ECF No. 15),

IT IS ORDERED that the pending motion for summary judgment (ECF No. 12) and stipulation (ECF No. 16) are DENIED as moot.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss or a joint status report regarding settlement on or before November 21, 2018.

DATED this 19th day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE