Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEAN WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:18-cv-00530-APG-PAL |
| vs. ) | |
| ) | |
| MONTEREY FINANCIAL ) | |
| SERVICES LLC ) | **ORDER** |
| ) | |
| Defendant. ) | |
| _____) | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | ROBINSON, SHARP, SULLIVAN & BRUST |
| /s/ Mitchell D. Gliner | /s/ |
| _____ | _____ |
| MITCHELL D. GLINER, ESQ. | FRANK C. GILMORE, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 010052 |
| 3017 W. Charleston Blvd. # 95 | 71 Washington Street |
| Las Vegas, Nevada 89102 | Reno, NV 89503 |
| Attorney for Plaintiff | Counsel for Defendant |

**IT IS SO ORDERED** this 21st day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE